UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH DREW,

                Plaintiff,

  -against-

CITY OF NEW YORK et al.,

                Defendants.

No. 18 CV 10719-LTS

ORDER

Pending before the Court is Defendants' motion for summary judgment, dated June 12, 2020. (Docket Entry No. 37.) No opposition has been filed to date by the pro se Plaintiff, who remains in custody at the Mid-State Correctional Facility. Recognizing that communication with individuals held in correctional facilities has been delayed by the current COVID-19 pandemic, the Court hereby extends Plaintiff's time to file a response to Defendant's motion for summary judgment to **November 2, 2020**. Any reply must be filed by **November 16, 2020**.

Dated: New York, New York
       October 6, 2020

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge

Copy Mailed To:    Keith Drew, #19A3129
                          Mid-State Correctional Facility
                          9005 Old River Road
                          P.O. Box 2500
                          Marcy, NY 13403