**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
KEITH DREW,

                Plaintiff,                  18 **CIVIL** 10719 (LTS) (RWL)

      -against-                        **JUDGMENT**

CITY OF NEW YORK et al.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated January 3, 2022, Defendants' unopposed motion for partial summary judgment is granted, in its entirety, and Defendants' unopposed motion to dismiss the amended complaint is granted as to the remaining claims; accordingly, this case is closed.

**Dated:** New York, New York
          January 4, 2022

                                            **RUBY J. KRAJICK**
                                               **Clerk of Court**
                                  BY:
                                                 **Deputy Clerk**